# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

   Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

   Defendants.

Case No. 2:16-cv-02889-APG-GWF

**ORDER**

  This matter is before the Court on Plaintiff's Motion to Enlarge Time to Serve Summons and Complaint (ECF No. 9), filed on June 5, 2017.

  Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for its failure to timely serve a defendant. Plaintiff requests an additional thirty (30) days to effectuate service and has demonstrated good cause to warrant the requested extension. Accordingly,

  **IT IS HEREBY ORDERED** Plaintiff's Motion to Enlarge Time to Serve Summons and Complaint (ECF No. 9) is **granted**. Plaintiff shall have until **July 3, 2017** to effectuate service on Defendants.

  DATED this 8th day of June, 2017.

                /s/ George Foley Jr.
                GEORGE FOLEY, JR.
                United States Magistrate Judge